B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): *1781 Fitness Corp. d/b/a Synergy Fitness* | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): *Synergy Fitness* | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): *26-2173346* | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): *1781 Second Ave New York NY*    ZIP CODE *10128* | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: *New York* | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

| Type of Debtor (Form of Organization) (Check one box.) | Nature of Business (Check one box.) | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other *gym* | ☐ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |
| | **Tax-Exempt Entity** (Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts** (Check one box.)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached.<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☑ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☑ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☑ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case.)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| --- | --- | --- |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| --- | --- | --- |
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>*N/A*<br><br>☐   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>      Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☐   No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case.)* | |

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>　　Signature of Debtor<br><br>X _____<br>　　Signature of Joint Debtor<br><br>　　Telephone Number (if not represented by attorney)<br><br>　　Date | X _____<br>　　(Signature of Foreign Representative)<br><br>　　_____<br>　　(Printed Name of Foreign Representative)<br><br>　　_____<br>　　Date |

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|
| X _____<br>　　Signature of Attorney for Debtor(s)<br><br>　　_____<br>　　Printed Name of Attorney for Debtor(s)<br><br>　　_____<br>　　Firm Name<br><br>　　_____<br>　　Address<br><br>　　_____<br>　　Telephone Number<br><br>　　_____<br>　　Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>　　_____<br>　　Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>　　_____<br>　　Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>　　_____<br>　　_____<br>　　Address<br><br>X _____<br>　　_____<br>　　Date |
| **Signature of Debtor (Corporation/Partnership)** | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above. |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>　　Signature of Authorized Individual<br>　　　NICHOLAS PISCIOTTI<br>　　Printed Name of Authorized Individual<br>　　　PRESIDENT<br>　　Title of Authorized Individual<br>　　　4/12/10<br>　　Date | Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

Exhibit A

Not applicable. Debtor is not a public company.

Resolution of 1781 Fitness Corp.

The undersigned is the sole shareholder of 1781 Fitness Corp. and hereby authorizes the Corporation the Corporation to file a Chapter 11 Petition in the United States District Court for the Southern District of New York and authorizes Nicholas Pisciotti to sign the Petition and any other documents required for the filing.

Nicholas Pisciotti, President

Attest:

Attest: _____

Salih Pekic, Manager

Creditors:
VII (less than 20)
Unsecured

1981 Fitness Corp.
d/b/a Synergy Fitness

MORGAN & CURTIS ASSOCIATES, INC.                    $ 1000
    95 BROADWAY
    HICKSVILLE, NY 11801


LEHMAN, NEWMAN & FLYNN                              $2100
    14 PENN PLAZA
    SUITE 2220
    NEW YORK, NY 10122


JOE CHIARDI                                        $ 750
    17 LONG ~~MEADOW~~ MEDOW ROAD
    COMMACK, NY 11725


CLEAN RITE LAUNDRY                                 $6093.20
    324 E. 91 STREET
    NEW YORK, NY 10128.


RUPPERT HOUSING CO., INC.                          ~$120,000
    c/o MAXWELL KATES INC.
    9 E. 38TH STREET
    NEW YORK, NY 10016.

All Creditors.
All (less than 20)
Unsecured

20 Largest Crediters
1981 Fitness Corp.
d/b/d Synergy Fitness

MORGAN & CURTIS ASSOCIATES, INC.          $1000
    95 BROADWAY
    Hicksville, NY 11801


LEHMAN, NEWMAN & FLYNN          $2100
    14 PENN PLAZA
    SUITE 2220
    NEW YORK, NY 10122


JOE CIARDI          $750
    17 LONG ~~MEADOW~~ MEDOW ROAD
    COMMACK, NY 11725


CLEAN RITE LAUNDRY          $6093.20
    324 E. 91 STREET
    NEW YORK, NY 10128.


RUPPERT HOUSING CO., INC.          ~$120,000
    c/o MAXWEN KATES INC.
    9 E. 38TH STREET
    NEW YORK, NY 10016.

1781 Fitness Corp., Debtor

Corporate Ownership Statement

I own 100% of the issued and outstanding shares of the Debtor.

Nicholas Pisciotti, President

State of New York, County of New York, ss:

Nicholas Pisciotti, being duly sworn deposes and says:

1. I am the President of 1781 Fitness Corp., a New York Corporation, dba Synergy Fitness in New York County, Southern District of New York. Synergy Fitness is the successor in interest of Dolphin 93rd St. Fitness, Inc, d/b/a/Synergy Fitness, the tenant under a lease with Ruppert Housing Co., for premises for the ground floor and basement.
2. The Debtor conducts a business as a gym located at 1781 Second Avenue, New York, NY 10128.
3. Debtor is bound by a Stipulation in the Civil Court of the City of New York, County of New York, L&T Index No. 71129/09, providing for various payments to the landlord.
4. At the present time, Debtor owes the landlord approximately $120,000 which it cannot pay.
5. Debtor has failed to make all of the payments required by the Stipulation and the Landlord has directed the City Marshall to take possession of the premises on April 13 pursuant to a warrant already issued and a notice already served.
6. Eviction can take place on April 13, at any time, and the Marshall's office says that it will do so first thing in the morning.
7. Annexed is a Schedule containing the information required by Rule 1007-2(a) for the creditors of the Debtor, which are fewer than 20 creditors. None of the claims are contingent, unliquidated, disputed (except for Ruppert as to which there are offsets) or secured.
8. There are no secured claims.
9. A summary of the assets and the liabilities of the Debtor are on its balance sheet, submitted herewith.
10. None of the shares of the Debtor are publically held.
11. None of Debtor's property is in the hands of third parties.
12. The Debtor leases premises at 1781 Second Avenue New York, NY, consisting of the ground floor and the basement.
13. The Debtors substantial asset are located at its leased premises at 1781 Second Avenue. The books and records are located there. There are no assets outside of the territorial limits of the United States.
14. A seizure of Debtor's premises at 1781 is imminent.
15. The senior management of the Debtor is Suzanne Park, since 2008. She is the general manager of the gym, overseeing membership sales, payroll and staff schedules.
16. The estimated amount of weekly payroll is $28,000, excluding officers, directors shareholder. There are no partners.
17. Nothing is intended to be paid to officers, directors and shareholders.
18. For the next thirty days the schedule required by rule 1007 is as follows:
    a. Estimated cash receipts: $50,000.
    b. Estimated cash expenses are as follows:
        i. payroll: 30,000
        ii. current rent: $12,000

     iii.  Con Ed: $ 5,000
     iv.  Other utilities, cable and telephone: $ 3,000
     v.  Insurance: $ 3,000
     vi.  Advertising: $ 6,000
     vii.  Equipment leases $ 2,000
     viii.  Management fees: $ 3,000
     ix.  Laundry: $5,000
     x.  Accountant: $ 1,00

Nicholas Pisciotti, President

Sworn to before me this 12th day of April, 2010

Stephen Paul Blank

Notary Public State of New York

No. 02BL523218

Commission Exp 10/14/2010

_sent to Suzzane_   _4/8/10_

# SYNERGY FITNESS 93RD ST INC.
## Balance Sheet
### As of December 31, 2008

|  | Dec 31, 08 |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| BANK OF AMERICA - 1120 | 22,512.84 ⎫ _Account Frozen_ |
| Synergy Fitness 93 Oper-1104 | 3,354.55 ⎭ _by BOA_ |
| WAMU | -15,347.60 |
| **Total Checking/Savings** | 10,519.79 |
| **Total Current Assets** | 10,519.79 |
| **Fixed Assets** | |
| 150 - FURNITURE & FIXTURES | 7,984.00 |
| 151- ACCUM DEPREC - F&F | -6,868.50 |
| 160 - EQUIPMENT | 113,487.45 |
| 161 - ACC DEPREC - EQUIPMENT | -103,311.06 |
| 165 - LEASEHOLD IMPROVEMENTS | 175,392.72 |
| 166 - ACC AMORT - L/I | -32,577.13 |
| **Total Fixed Assets** | 154,107.48 |
| **Other Assets** | |
| 190 - DEPOSITS | 18,000.00 |
| **Total Other Assets** | 18,000.00 |
| **TOTAL ASSETS** | 182,627.27 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 202 - ACCRUED EXPENSES & TAXES | 115,042.01 |
| 210 - FICA & FWT PAYABLE | 3,093.68 |
| **Total Other Current Liabilities** | 118,135.69 |
| **Total Current Liabilities** | 118,135.69 |
| **Long Term Liabilities** | |
| 255 - LOANS - SHAREHOLDERS | 44,112.00 |
| 275 - DEFERRED INCOME | 279,152.98 |
| **Total Long Term Liabilities** | 323,264.98 |
| **Total Liabilities** | 441,400.67 |
| **Equity** | |
| 290 - COMMON STOCK | 20,000.00 |
| 295 - RETAINED EARNINGS | -195,868.14 |
| Retained Earnings | -37,974.77 |
| Net Income | -44,930.49 |
| **Total Equity** | -258,773.40 |
| **TOTAL LIABILITIES & EQUITY** | 182,627.27 |

# SYNERGY FITNESS 93RD ST INC.
## Profit & Loss
### January through December 2008

|  | Jan - Dec 08 |
|---|---|
| **Ordinary Income/Expense** |  |
| **Income** |  |
| 300 - SALES | 1,000,430.85 |
| 301 - DEPOSITS | 29,613.00 |
| **Total Income** | 1,030,043.85 |
| **Expense** |  |
| 410 - ACCOUNTING | 1,900.00 |
| 420 - ADVERTISING | 27,018.78 |
| 430 - AUTO EXPENSE | 18,717.21 |
| 432 - BANK CHARGES | 3,031.85 |
| 437 - CLEANING | 7,953.38 |
| 445 - CREDIT CARD DISCOUNTS | 28,307.44 |
| 458 - EQUIPMENT RENTAL | 14,883.26 |
| 460 - HEAT, LIGHT & POWER | 38,223.66 |
| 465 - CABLE | 3,074.32 |
| 470 - INSURANCE | 17,457.76 |
| 490 - LEGAL | 10,000.00 |
| 500 - OFFICE EXPENSE | 3,428.71 |
| 505 - PAYROLL EXPENSES | 0.00 |
| 506 - OUTSIDE LABOR | 508,955.73 |
| 520 - RENT | 143,128.35 *111,500 was Accrued* |
| 530 - REPAIRS & MAINTENANCE | 21,756.34 |
| 531 - REPAIRS & MAIN. - GYM EQ. | 6,000.00 |
| 533 - MISCELLANEOUS EXPENSE | 4,776.84 |
| 535 - RUBBISH REMOVAL | 1,106.12 |
| 545 - SUPPLIES | 18,061.63 |
| 546 - VENDING MACHINE | 660.00 |
| 550 - TELEPHONE | 6,633.82 |
| 560 - CONSULTING | 1,850.00 |
| 665 - VIOLATIONS | 180.00 |
| 999 - SUSPENSE | 0.00 |
| Reinbursement | 0.00 |
| VOID | 0.00 |
| **Total Expense** | 887,107.10 |
| **Net Ordinary Income** | 142,936.75 |
| **Other Income/Expense** |  |
| **Other Expense** |  |
| 440 - DEPRECIATION | 15,220.05 |
| 525 - MANAGEMENT FEES | 135,885.20 |
| BOA Investigation | 36,761.99 |
| **Total Other Expense** | 187,867.24 |
| **Net Other Income** | -187,867.24 |
| **Net Income** | -44,930.49 |

# SYNERGY FITNESS 93RD ST INC.
## Statement of Cash Flow
### January through December 2009

|  | Jan - Dec 09 |
|---|---|
| **Ordinary Income/Expense** | |
| Income | |
| 300 - SALES | 791,650.83 |
| Charge Back | -3293.16 |
| refund | -672 |
| | |
| Total Income | 787,685.67 |
| | |
| Expense | |
| 410-ACCOUNTING | 3,170.00 |
| 420-ADVERTISING | 6,243.67 |
| 430-AUTO CHARGES | 30,488.78 |
| 432-BANK CHARGES | 2,370.80 |
| 437-CLEANING | 4,849.27 |
| 445-CREDIT CARD DISCOUNTS | 27,604.58 |
| 450-DUES | 702.30 |
| 458-EQUIPMENT | 29,112.69 |
| 460-HEAT, LIGHT & POWER | 28,256.25 |
| 465-CABLE | 5,119.95 |
| 490-LEGAL | 1,000.00 |
| 500-OFFICE EXPENSE | 204.79 |
| 506-OUTSIDE LABOR | 494,304.43 |
| 508-POSTAGE | 30.00 |
| 520-RENT | 181,066.50 |
| 530-REPAIRS | 5,894.08 |
| 533-MISC EXPENSE | 1,081.44 |
| 546-VENDING | 166.90 |
| 550-TELEPHONE | 9,771.45 |
| CONSULTING | 3,812.30 |
| INSURANCE | 26,124.26 |
| LAUNDRY | 13,000.00 |
| PAYROLL EXP | 0.00 |
| REIMBURSEMENT | 12,751.04 |
| SUPPLIES | 9,985.70 |
| SUSPENSE | 0.00 |
| VIOLATIONS | 1,540.00 |
| WASTE MANAGEMENT | 2,041.05 |
| | |
| Total Expense | 900,692.23 |
| | |
| Net Ordinary Income | -113,006.56 |
| | |
| **Other Income/Expense** | |
| Other Expense | |
| 525-MANAGEMENT FEES | 34,039.00 |
| | |
| Total Other Expense | 34,039.00 |
| | |
| Net Other Income | -34,039.00 |
| | |
| **Net Income** | **-147,048.56** |

SF93RD 04/12/2010

**Form 1120**
Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2008 or tax year beginning _____, ending _____
▶ See separate instructions.

OMB No. 1545-0123

**2008**

| A Check if: | | | |
|---|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | **Use IRS label. Otherwise, print or type.** | Name  Number, street, and room or suite no. City or town, state, and ZIP code  If a P.O. box, see instructions. |
| b Life/nonlife consolidated return | ☐ | | SYNERGY FITNESS 93RD STREET, INC |
| 2 Personal holding co. (attach Sch. PH) | ☐ | | 1781 2ND AVE |
| 3 Personal service corp. (see instructions) | ☐ | | NEW YORK                          NY 10128 |
| 4 Schedule M-3 attached | ☐ | | |

**B Employer identification number**
13-4148183

**C Date incorporated**
12/14/2001

**D Total assets (see instructions)**
$ 165,527

E Check if: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change

### Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales  1,010,944  b Less returns and allowances _____ c Bal ▶ | 1c | 1,010,944 |
| 2 | Cost of goods sold (Schedule A, line 8) | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,010,944 |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions—attach schedule) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ▶ | 11 | 1,010,944 |

### Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (Schedule E, line 4) | 12 | |
| 13 | Salaries and wages (less employment credits) | 13 | |
| 14 | Repairs and maintenance | 14 | 27,756 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 143,128 |
| 17 | Taxes and licenses | 17 | |
| 18 | Interest | 18 | |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Schedule A or elsewhere on return (attach Form 4562) | 20 | 15,220 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | 28,019 |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach schedule)                SEE STMT 1 | 26 | 866,790 |
| 27 | **Total deductions.** Add lines 12 through 26 ▶ | 27 | 1,080,913 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 | 28 | -69,969 |
| 29 | Less: a  Net operating loss deduction (see instructions) | 29a | |
| | b  Special deductions (Schedule C, line 20) | 29b | |
| | | 29c | |

### Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | **Taxable income.** Subtract line 29c from line 28 (see instructions) | 30 | -69,969 |
| 31 | Total tax (Schedule J, line 10) | 31 | 0 |
| 32a | 2007 overpayment credited to 2008 | 32a | |
| b | 2008 estimated tax payments | 32b | |
| c | 2008 refund applied for on Form 4466 | 32c ( ) d Bal ▶ | 32d | |
| e | Tax deposited with Form 7004 | 32e | |
| f | Credits: (1) Form 2439 _____ (2) Form 4136 _____ | 32f | |
| g | Refundable credits from Form 3800, line 19c, and Form 8827, line 8c | 32g | |
| | | 32h | |
| 33 | Estimated tax penalty (see instructions). Check if Form 2220 is attached ▶ ☐ | 33 | |
| 34 | **Amount owed.** If line 32h is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | **Overpayment.** If line 32h is larger than the total of lines 31 and 33, enter amount overpaid | 35 | |
| 36 | Enter amount from line 35 you want: Credited to 2009 estimated tax ▶ _____ Refunded ▶ | 36 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

Signature of officer _____  Date _____  Title  OWNER

### Paid Preparer's Use Only

| | | | |
|---|---|---|---|
| Preparer's signature ▶ | | Date | Check if self-employed ☐ | Preparer's SSN or PTIN  P00487143 |
| Firm's name (or yours if self-employed), address, and ZIP code | ▶ LEHMAN, NEWMAN, & FLYNN, C.P.A.'S P.C.  225 WEST 34TH STREET, SUITE 2220  NEW YORK, NY      10001 | | EIN  13-4037143 |
| | | | Phone no.  212-736-2220 |

**For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.**
DAA

Form **1120** (2008)

Form 1120 (2008)  SYNERGY FITNESS 93RD STREET, INC  13-4148183                          Page 2

## Schedule A     Cost of Goods Sold (see instructions)

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule) | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9a  Check all methods used for valuing closing inventory:
   (i) ☐ Cost
   (ii) ☐ Lower of cost or market
   (iii) ☐ Other (Specify method used and attach explanation.) ▶
  b  Check if there was a writedown of subnormal goods ▶ ☐
  c  Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐
  d  If the LIFO inventory method was used for this tax year, enter percentage (or amounts) of closing inventory computed under LIFO | 9d |
  e  If property is produced or acquired for resale, do the rules of section 263A apply to the corporation? ☐ Yes ☐ No
  f  Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

## Schedule C     Dividends and Special Deductions (see instructions)

| | | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) | | 70 | |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) | | 80 | |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations | | see instructions | |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities | | 42 | |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities | | 48 | |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs | | 70 | |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs | | 80 | |
| 8 | Dividends from wholly owned foreign subsidiaries | | 100 | |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation | | | |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 | | 100 | |
| 11 | Dividends from affiliated group members | | 100 | |
| 12 | Dividends from certain FSCs | | 100 | |
| 13 | Dividends from foreign corporations not included on lines 3, 6, 7, 8, 11, or 12 | | | |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) | | | |
| 15 | Foreign dividend gross-up | | | |
| 16 | IC-DISC and former DISC dividends not included on lines 1, 2, or 3 | | | |
| 17 | Other dividends | | | |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities ▶ | | | |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 ▶ | | | |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b ▶ | | | |

## Schedule E     Compensation of Officers (see instructions for page 1, line 12)

**Note:** Complete Schedule E only if total receipts (line 1a plus lines 4 through 10 on page 1) are $500,000 or more.

| (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of corporation stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 | | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| 2 | Total compensation of officers | | | | |
| 3 | Compensation of officers claimed on Schedule A and elsewhere on return | | | | |
| 4 | Subtract line 3 from line 2. Enter the result here and on page 1, line 12 | | | | |

Form **1120** (2008)

DAA

Form 1120 (2008) **SYNERGY FITNESS 93RD STREET, INC    13-4148183**                          Page 3

## Schedule J    Tax Computation (see instructions)

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)) ......... ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation (see instructions) ..................... ▶ ☐ | 2 | 0 |
| 3 | Alternative minimum tax (attach Form 4626) ........................................................... | 3 | |
| 4 | Add lines 2 and 3 .................................................................................... | 4 | 0 |
| 5a | Foreign tax credit (attach Form 1118) .................................... 5a | | |
| b | Credit from Form 8834 ..................................................... 5b | | |
| c | General business credit (attach Form 3800) ............................... 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) ..................... 5d | | |
| e | Bond credits from Form 8912 ............................................... 5e | | |
| 6 | Total credits. Add lines 5a through 5e ................................................................ | 6 | |
| 7 | Subtract line 6 from line 4 ........................................................................... | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) ....................................... | 8 | |
| 9 | Other taxes. Check if from: ☐ Form 4255   ☐ Form 8611   ☐ Form 8697   ☐ Form 8866   ☐ Form 8902   ☐ Other (attach schedule) ............. | 9 | |
| 10 | Total tax. Add lines 7 through 9. Enter here and on page 1, line 31 .................................. | 10 | 0 |

## Schedule K    Other Information (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method:  a ☐ Cash  b ☒ Accrual  c ☐ Other (specify) ▶ ................................. | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶446190 | | |
| b | Business activity ▶ **FITNESS CENTER** | | |
| c | Product or service ▶ **FITNESS** | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? ..................... | | X |
| | If "Yes," enter name and EIN of the parent corporation ▶ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), or trust own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? ..... | | X |
| | For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v). | | |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Percentage Owned in Voting Stock |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? ........................................................ | | X |
| | For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv). | | |

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Form **1120** (2008)

### Statement 1 - Form 1120, Page 1, Line 26 - Other Deductions

| Description | Amount |
|---|---|
| ACCOUNTING | $ 1,900 |
| AUTO EXPENSE | 18,717 |
| BANK CHARGES | 3,032 |
| CABLE | 3,074 |
| CLEANING | 7,953 |
| CONSULTING | 1,850 |
| CREDIT CARD DISCOUNTS | 28,307 |
| EQUIPMENT RENTAL | 14,883 |
| HEAT, LIGHT , & POWER | 38,224 |
| INSURANCE | 17,458 |
| LEGAL FEES | 10,000 |
| MANAGEMENT FEES | 135,885 |
| MISCELLANEOUS EXPENSE | 4,777 |
| OFFICE EXPENSE | 3,429 |
| OUTSIDE LABOR | 545,718 |
| RUBBISH REMOVAL | 1,108 |
| SUPPLIES | 23,181 |
| TELEPHONE | 6,634 |
| VENDING MACHINE | 660 |
| TOTAL | $ 866,790 |

### Statement 2 - Form 1120, Page 5, Schedule L, Line 14 - Other Assets

| Description | Beginning of Year | End of Year |
|---|---|---|
| SECURITY DEPOSITS | $      18,000 | $      18,000 |
| TOTAL | $      18,000 | $      18,000 |

### Statement 3 - Form 1120, Page 5, Schedule L, Line 18 - Other Current Liabilities

| Description | Beginning of Year | End of Year |
|---|---|---|
| ACCRUED EXPENSES & TAXES | $      34,236 | $     126,255 |
| DEFERRED INCOME | 314,453 | 279,153 |
| TOTAL | $     348,689 | $     405,408 |

### Statement 4 - Form 1120, Page 5, Schedule M-1, Line 5 - Expenses on Books Not on Return

| Description | Amount |
|---|---|
| FINES AND PENALTIES | $         180 |
| TOTAL | $         180 |

## Form 1120, Page 1, Line 17 - Taxes and Licenses

| Description | Amount |
|---|---|
| NYS CORP TAX | $ |
| LICENSES | |
| TOTAL | $ 0 |

Form 1120 (2008)  **SYNERGY FITNESS 93RD STREET, INC  13-4148183**    Page 4

**Schedule K**    Continued

| | | | | | Yes | No |
|---|---|---|---|---|---|---|

5  At the end of the tax year, did the corporation:

a  Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on **Form 851**, Affiliations Schedule? For rules of constructive ownership, see instructions    | | X

If "Yes," complete (i) through (iv).

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

b  Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions    | | X

If "Yes," complete (i) through (iv).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

6   During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? (See sections 301 and 316.)    | | X

If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions.

If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary.

7   At any time during the tax year, did one foreign person own, directly or indirectly, at least 25% of **(a)** the total voting power of all classes of the corporation's stock entitled to vote or **(b)** the total value of all classes of the corporation's stock?    | | X

For rules of attribution, see section 318. If "Yes," enter:

(i)  Percentage owned ▶ ............... and (ii) Owner's country ▶ .................

(c)  The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ ....................................

8   Check this box if the corporation issued publicly offered debt instruments with original issue discount ....................... ▶ ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

9   Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ ............... 0

10   Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ .....................................................

11   If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here ..................... ▶ ☐

If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid.

12   Enter the available NOL carryover from prior tax years (do not reduce it by any deduction on line 29a.) ▶ ......... **226,739**

13   Are the corporation's total receipts (line 1a plus lines 4 through 10 on page 1) for the tax year **and** its total assets at the end of the tax year less than $250,000? ..................................................................................................    | | X

If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2 on page 5. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year. ▶

Form **1120** (2008)

DAA

Form 1120 (2008)  **SYNERGY FITNESS 93RD STREET, INC**   **13-4148183**                    Page 5

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | Beginning of tax year (b) | End of tax year (c) | End of tax year (d) |
|---|---|---|---|---|---|
| 1 | Cash | | 8,328 | | -6,580 |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | | | | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (att. sch.) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach sch.) | | | | |
| 10a | Buildings and other depreciable assets | 290,254 | | 296,864 | |
| b | Less accumulated depreciation | 127,537 | 162,717 | 142,757 | 154,107 |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | | | | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | | | | |
| 14 | Other assets (attach sch.) **STMT 2** | | 18,000 | | 18,000 |
| 15 | Total assets | | 189,045 | | 165,527 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (att. sch.) **STMT 3** | | 348,689 | | 405,408 |
| 19 | Loans from shareholders | | 54,200 | | 44,112 |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach schedule) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | 20,000 | 20,000 | 20,000 | 20,000 |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (att. sch.) | | | | |
| 25 | Retained earnings—Unappropriated | | -233,844 | | -303,993 |
| 26 | Adjustments to SH equity (att.sch.) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | 189,045 | | 165,527 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: Schedule M-3 required instead of Schedule M-1 if total assets are $10 million or more—see instructions

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | -70,149 | 7 | Income recorded on books this year not included on this return (itemize): | |
| 2 | Federal income tax per books | | | Tax-exempt interest $ ............ | |
| 3 | Excess of capital losses over capital gains | | | ................................ | |
| 4 | Income subject to tax not recorded on books this year (itemize): .............. | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation . $ ................ | |
| a | Depreciation . $ | | b | Charitable contributions . $ .......... | |
| b | Charitable contributions... $ | | | | |
| c | Travel and entertainment . $ | | | | |
| | **STMT 4**  180 | 180 | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | -69,969 | 10 | Income (page 1, line 28)—line 6 less line 9 | -69,969 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | -233,844 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | -70,149 | | b Stock | |
| 3 | Other increases (itemize): ............ | | | c Property | |
| | ................................ | | 6 | Other decreases (itemize): ......... | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | -303,993 | 8 | Balance at end of year (line 4 less line 7) | -303,993 |

Form **1120** (2008)

DAA

# Form **4562**

Department of the Treasury
Internal Revenue Service (99)

## Depreciation and Amortization
### (Including Information on Listed Property)

▶ See separate instructions. ▶ Attach to your tax return.

OMB No. 1545-0172

**2008**

Attachment Sequence No. **67**

Name(s) shown on return
**SYNERGY FITNESS 93RD STREET, INC**

Identifying number
**13-4148183**

Business or activity to which this form relates
**FITNESS CENTER**

## Part I — Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | 250,000 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | 800,000 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|
| **6** | | |
| | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Do not use Part II or Part III below for listed property. Instead, use Part V.

## Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | |

## Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

### Section A

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 14,298 |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ | | |

### Section B—Assets Placed in Service During 2008 Tax Year Using the General Depreciation System

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 3,610 | 5.0 | HY | DDB | 722 |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs. | | S/L | |
| h Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i Nonresidential real property | 7/01/08 | 3,000 | 39 yrs.<br>15.0 | MM | S/L | 200 |

### Section C—Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs. | | S/L | |
| c 40-year | | | 40 yrs. | MM | S/L | |

## Part IV — Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instr. | 22 | 15,220 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

DAA

Form **4562** (2008)

**THERE ARE NO AMOUNTS FOR PAGE 2**

## NOL and Contribution Carryover Worksheet - Regular Tax

| Form **1120** | For calendar year 2008 or tax year beginning , ending | **2008** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| **SYNERGY FITNESS 93RD STREET, INC** | **13-4148183** |

| | | Prior Year | | Current Year | Next Year |
|---|---|---|---|---|---|
| Preceding Taxable Year | Adj. To NOL Incl(Loss) After Adj. | NOL Utilized (Income Offset) | Carryovers | Income Offset By NOL Carryback/ Carryover NOL Utilized | Carryover |
| 15th 12/31/93 | | | | | |
| 14th 12/31/94 | | | | | |
| 13th 12/31/95 | | | | | |
| 12th 12/31/96 | | | | | |
| 11th 12/31/97 | | | | | |
| 10th 12/31/98 | | | | | |
| 9th 12/31/99 | | | | | |
| 8th 12/31/00 | | | | | |
| 7th 12/31/01 | -25,269 | 25,269 | | | |
| 6th 12/31/02 | -33,796 | 18,331 | 15,465 | | 15,465 |
| 5th 12/31/03 | -72,770 | | 72,770 | | 72,770 |
| 4th 12/31/04 | -50 -127,855 | | 127,855 | | 127,855 |
| 3rd 12/31/05 | 15,416 | -15,416 | | | |
| 2nd 12/31/06 | -10,649 | | 10,649 | | 10,649 |
| 1st 12/31/07 | 28,184 | -28,184 | | | |
| NOL Carryover Available To Current Year | | | 226,739 | | |
| Current Year | 0 -69,969 | | | | 69,969 |
| NOL Carryover Available To Next Year | | | | | 296,708 |

| **Charitable Contributions** | | Prior Year | | Current Year | | Next Year |
|---|---|---|---|---|---|---|
| Preceding Tax Year | Excess Contributions | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg.Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 12/31/03 | | | | | | |
| 4th 12/31/04 | | | | | | |
| 3rd 12/31/05 | 50 | 50 | | | | |
| 2nd 12/31/06 | | | | | | |
| 1st 12/31/07 | | | | | | |
| Charitable Contribution Carryover To Current Year | | | 0 | | | |
| Current Year | 0 | | | | | 0 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 0 |

# NOL and Contribution Carryover Worksheet - AMT

| Form **1120** | For calendar year 2008 or tax year beginning , ending | **2008** |
|---|---|---|

| Name | Employer Identification Number |
|---|---|
| **SYNERGY FITNESS 93RD STREET, INC** | **13-4148183** |

| Preceding Taxable Year | Adj. To NOL Inc/(Loss) After Adj. | Prior Year | | | Current Year Income Offset By NOL Carryback/ Carryover NOL Utilized | Next Year |
|---|---|---|---|---|---|---|
| | | NOL Utilized (Income Offset) | Carryovers | | | Carryover |
| 15th 12/31/93 | | | | | | |
| 14th 12/31/94 | | | | | | |
| 13th 12/31/95 | | | | | | |
| 12th 12/31/96 | | | | | | |
| 11th 12/31/97 | | | | | | |
| 10th 12/31/98 | | | | | | |
| 9th 12/31/99 | | | | | | |
| 8th 12/31/00 | | | | | | |
| 7th 12/31/01 | −25,269 | 25,269 | | | | |
| 6th 12/31/02 | −33,796 | 13,926 | 19,870 | | | 19,870 |
| 5th 12/31/03 | −72,770 | | 72,770 | | | 72,770 |
| 4th 12/31/04 | −127,805 | | 127,805 | | | 127,805 |
| 3rd 12/31/05 | 13,829 | −13,829 | | | | |
| 2nd 12/31/06 | −10,649 | | 10,649 | | | 10,649 |
| 1st 12/31/07 | 25,366 | −25,366 | | | | |
| NOL Carryover Available To Current Year | | | 231,094 | | | |
| Current Year | 0 −69,969 | | | | | 69,969 |
| NOL Carryover Available To Next Year | | | | | | 301,063 |

| **Charitable Contributions** | | Prior Year | | Current Year | | Next Year |
|---|---|---|---|---|---|---|
| Preceding Tax Year | Excess Contributions | Utilized Or Reclassed to NOL | Carryover | Reclassed to NOL (Reg.Sec. 1.170A-11(c)(2)) | Carryovers Utilized | Carryover |
| 5th 12/31/03 | | | | | | |
| 4th 12/31/04 | | | | | | |
| 3rd 12/31/05 | | | | | | |
| 2nd 12/31/06 | | | | | | |
| 1st 12/31/07 | | | | | | |
| Charitable Contribution Carryover To Current Year | | | 0 | | | |
| Current Year | 0 | | | | | 0 |
| Charitable Contribution Carryover Available To Next Year | | | | | | 0 |